UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   13-3175-MB |
| vs. | ) | Magistrate Judge Brown |
| | ) | |
| CHRISTOPHER SULLIVAN | ) | **UNDER SEAL** |

## MOTION TO SEAL

Now comes the United States Attorney's Office, by and through Assistant U.S. Attorney

Lynne T. Ingram, and moves the Court to seal all documents in the above-captioned matter

pending further order of the Court.

Dated: April 8, 2013

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

LYNNE T. INGRAM
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

*Motion Granted*
*Joe B Brown*
*USMJ*